IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN WILLIAM BOLER, #300029,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 22-cv-02531-JPG |
| | ) |
| **WILLIAMSON COUNTY JAIL,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This case was opened upon receipt of a document from Plaintiff Brian William Boler complaining about the conditions of his confinement at Williamson County Jail (Jail). (Doc. 1). Plaintiff submitted the document in the form of a letter, without a case caption, list of defendants, statement of claim, or signature. (*Id.*). He also failed to pay the $402.00 filing fee for a civil rights action or file a motion for leave to proceed *in forma pauperis* (IFP motion) without prepaying the full filing fee. Due to the concerning nature of his allegations, which address his recent suicidal ideations and untreated mental health and medical needs in the face of harsh living conditions, the Court will take up this matter without delay.

## Discussion

Although the allegations in Plaintiff's letter are concerning, the one page document he submitted to the Court is not sufficient to seek legal relief of any variety. To initiate a civil case, the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Illinois require a plaintiff's submission to meet certain uniform criteria. A template and instructions for filing a civil rights complaint in this District are available upon request from the Clerk of Court. SDIL-LR 8.1(a)(1).

Plaintiff should keep the following rules in mind as he prepares his civil rights complaint: A case must be initiated by filing a formal complaint. FED. R. CIV. P. 3. The complaint must include a case caption that lists the plaintiff and the defendants. FED. R. CIV. P. 10(a). A complaint must include a short and plain statement of the claim, as well as a demand for relief. FED. R. CIV. P. 8. The pleading must be clearly typed or printed, preferably double spaced, except for quotes or exhibits. SDIL-LR 5.1(b). It must be signed and verified. SDIL-LR 8.1(b); FED. R. CIV. P. 11.

The plaintiff must also include the $402.00 civil filing fee, or he must file a properly completed IFP motion along with a trust fund account statement for the six-month period preceding this action. SDIL-LR 3.1(a)-(b). If granted IFP status, the plaintiff will be required to pay the filing fee in installments. 28 U.S.C. § 1915(b). If a plaintiff has more than one lawsuit pending, fees will be collected for each case at the same time. *Bruce v. Samuels*, 577 U.S. 82, 89-90 (2016). The full fee must be paid, even if the plaintiff ultimately loses the lawsuit, or if his claims are dismissed for any reason. The installment payment approach also applies to any costs assigned to plaintiff if he loses the lawsuit. *Bruce*, 577 U.S. at 86; 28 U.S.C. § 1915(f)(2)(B).

### Disposition

The Complaint (Doc. 1) is **DISMISSED** without prejudice under 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

If Plaintiff wishes to commence litigation in this District based on the allegations in his first submission, he should submit a "First Amended Complaint" *in this case* (*i.e.*, Case No. 22-cv-02531-JPG) that conforms to the above-described requirements on or before **November 23, 2022** and *either* prepay the full filing fee of $402.00 *or* file an IFP motion.

If Plaintiff does not wish to start civil litigation, he should notify the Court, in writing, that he does not intend to pursue any claim.  He may do so by filing a motion for voluntary dismissal in this case on or before **November 23, 2022**, and no filing fee will be assessed for this action.

Plaintiff is **WARNED** that a failure to respond to this Order will result in the dismissal of this case with the obligation to pay the filing fee for this action.

The Clerk of Court is **DIRECTED** to send Plaintiff a copy of the standard § 1983 template, as well as an application to proceed *in forma pauperis* (IFP motion).

**IT IS SO ORDERED.**

**Dated: 11/4/2022**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**