IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN WILLIAM BOLER, #300029,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 22-cv-02531-JPG |
| | ) |
| **WILLIAMSON COUNTY JAIL,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER DISMISSING CASE

**GILBERT, District Judge:**

This case was opened upon receipt of a Complaint from Plaintiff Brian Williams Boler on October 31, 2022. (Doc. 1). Boler complained about the conditions of his confinement at Williamson County Jail, including a lack of mental health treatment for his suicidal ideations. (*Id*.). Due to the serious and urgent allegations set forth in the Complaint, the Court screened this matter without delay.

The Complaint did not survive screening under 28 U.S.C. § 1915A, and the Court entered an Order dismissing it on November 4, 2022. (Doc. 4). The Court granted Boler leave to file a First Amended Complaint on or before November 23, 2022. (*Id*.). He was also instructed to file a Motion for Leave to Proceed *in forma pauperis* or to prepay the filing fee for this action by the same deadline. (*Id*.). Boler was warned that the action would be dismissed if he failed to comply with the Court's Order. He was also warned that he would remain obligated to pay the filing fee for this action if he did not respond. (*Id*.).

Boler missed the deadline for filing the First Amended Complaint, and he did not seek an extension. He also failed to file an IFP motion or prepay the $402 filing fee for this case. The Court will not allow this matter to linger indefinitely. This action shall be dismissed without

prejudice for failure to comply with the Court's Order (Doc. 4) to file a First Amended Complaint and/or to prosecute his claims. *See* FED. R. CIV. P. 41(b). Boler's filing fee obligation survives dismissal of this suit.

### Disposition

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice based on Boler's failure to comply with the Court's Order (Doc. 4) to file a First Amended Complaint and his failure to prosecute his claims. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Boler's obligation to pay the filing fee for this action was incurred at the time he filed suit, and he remains obligated to pay the entire filing fee of $402.00.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: 12/1/2022**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**
